**Travis BENTON, Appellant,**

v.

**VETERANS OF FOREIGN WARS OF The UNITED STATES, INC., Respondent.**

**No. WD 65449.**

Missouri Court of Appeals, Western District.

Feb. 14, 2006.

Larry D. Coleman, Raytown, for appellant.

Tedrick A. Housh III, Kansas City, for respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Travis Benton appeals the dismissal of his lawsuit against the Veteran's of For-eign Wars of the United States (VFW–US) by the circuit court.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Affirmed. Rule 84.16(b)